IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Jeffrey Lynn Goss
      Debtor,

JPMorgan Chase Bank, National Association
      Movant.

v.

Jeffrey Lynn Goss
      Debtor/Respondent,

Jack N. Zaharopoulos, Trustee
      Additional Respondent.

BANKRUPTCY CASE NUMBER
23-00256

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

     Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and

1109(b), JPMorgan Chase Bank, National Association, requests special notice of all matters

which must be noticed to creditors, equity security holders, any creditors or other committees,

and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other

party. This request includes not only the notices and papers referred to in the Rules above, but

also includes, without limitation, Orders and notice of any Application, Motion, Petition,

Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral,

and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or

otherwise.

Respectfully submitted,

Dated: February 14, 2023

BY:*/s/ Lorraine Gazzara Doyle*
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576

LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

LLG File #: 18-059106

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeffrey Lynn Goss<br>      Debtor, | BANKRUPTCY CASE NUMBER<br>23-00256 |
| JPMorgan Chase Bank, National Association<br>      Movant.<br>v. | CHAPTER 13 |
| Jeffrey Lynn Goss<br>      Debtor/Respondent, | |
| Jack N. Zaharopoulos, Trustee<br>      Additional Respondent. | |

## **CERTIFICATE OF SERVICE**

I, <u>Lorraine Gazzara Doyle</u>, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this <u>  14th  </u> day of <u>     February     </u>, 2023:

Jeffrey Lynn Goss
PO Box 17
State College, PA 16804

Dorothy L. Mott, Esquire
125 State Street
Harrisburg, PA 17101
DorieMott@aol.com - VIA ECF

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
dehartstaff@pamd13trustee.com - VIA ECF

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

<u>*/s/ Lorraine Gazzara Doyle*</u>
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP

3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com