UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Jeffrey Lynn Goss<br>      Debtors<br><br>JPMorgan Chase Bank, National Association,<br>      Movant,<br>v.<br><br>Jeffrey Lynn Goss,<br>  Respondent/Debtors,<br>and<br>Jack N. Zaharopoulos, Trustee,<br>  Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>23-00256 |

## OBJECTION OF JPMORGAN CHASE BANK, NATIONAL ASSOCIATION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGANIZATION

JPMorgan Chase Bank, National Association, by and through its counsel, LOGS Legal Group LLP, hereby objects to the confirmation of Debtor's Chapter 13 Plan, and in support thereof, avers as follows:

1. On or about February 6, 2023, Debtors filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. Movant holds an allowed claim, secured only by Debtor's principal residence located at 373 Tow Hill Road, Port Matilda, PA 16870.

3. Movant is in the process of filing its Proof of Claim citing arrears in the amount of $47,092.99.

4. Debtor's proposed plan calls for the payment to Movant of arrearages in the amount of $0.00 to be paid to the Trustee through the Plan.

5. The Plan is insufficiently funded to pay Movant its proposed arrearage claim or proposed total debt claim in full.

6. The Plan fails to comply with 11 U.S.C. § 1322.

7. The Plan fails to comply with 11 U.S.C. § 1325.

8. The Court must deny confirmation of Debtor's Chapter 13 Plan.

WHEREFORE, JPMorgan Chase Bank, National Association respectfully requests that confirmation of the Debtor's Plan be denied, that Debtor's bankruptcy petition be dismissed with prejudice; and for such other relief as this Court deems appropriate.

Respectfully submitted,

Dated:  3.2.2023

BY:*/s/Lorraine Gazzara Doyle*
CHRISTOPHER A. DENARDO  78447
LORRAINE GAZZARA DOYLE 34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800/ fax (847) 954-4809

LLG File #:18-059106

pabk@logs.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeffrey Lynn Goss<br>    Debtors.<br><br>JPMorgan Chase Bank, National Association<br>    Movant,<br>v.<br><br>Jeffrey Lynn Goss<br>    Respondent/Debtors,<br><br>Jack N. Zaharopoulos, Trustee<br>    Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>23-00256 |

## **ORDER**

AND NOW, this _____ day of _____, 2023, upon consideration of the Objection of JPMorgan Chase Bank, National Association to the confirmation of Debtor's Chapter 13 Plan of Reorganization, it is hereby ORDERED that the Objection is sustained, and confirmation of Debtor's Plan is denied.

BY THE COURT:

_____
MARK J CONWAY
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Jeffrey Lynn Goss<br>    Debtors.<br><br>JPMorgan Chase Bank, National Association,<br>    Movant,<br>v.<br><br>Jeffrey Lynn Goss,<br>   Debtors/Respondent,<br>and<br>Jack N. Zaharopoulos, Trustee,<br>   Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>23-00256 |

## CERTIFICATE OF SERVICE

    I, Lorraine Gazzara Doyle, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of JPMorgan Chase Bank, National Association's Objection to the Confirmation of Debtor's Chapter 13 Plan by First Class Mail, postage prepaid or by electronic notification, at the respective last known address or email address of each person set forth below on March 2, 2023:

Dorothy L. Mott, Esquire
125 State Street
Harrisburg, PA 17101
Sent via electronic notification DorieMott@aol.com

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Sent via electronic notification dehartstaff@pamd13trustee.com

    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

                                                    */s/ Lorraine Gazzara Doyle*
                                                    CHRISTOPHER A. DENARDO  78447
                                                    LORRAINE GAZZARA DOYLE 34576
                                                    LOGS Legal Group LLP
                                                    3600 Horizon Drive, Suite 150
                                                    King of Prussia, PA 19406
LLG File #:18-059106                               (610) 278-6800