IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeffrey Lynn Goss<br>  Debtor, | BANKRUPTCY CASE NUMBER<br>23-00256-MJC |
| JPMorgan Chase Bank, National Association<br>  Movant.<br>v. | CHAPTER 13 |
| Jeffrey Lynn Goss<br>  Debtor/Respondent, | |
| Jack N. Zaharopoulos, Trustee<br>  Additional Respondent. | |

**PRECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF DEBTOR'S SECOND AMENDED CHAPTER 13 PLAN**

To The Clerk, United States Bankruptcy Court:

  Kindly withdraw, without prejudice, JPMorgan Chase Bank, National Association's Objection to Confirmation of Debtor's Second Amended Chapter 13 Plan, filed with the Court on May 19, 2023 at Docket No. 34, currently scheduled for hearing June 29, 2023 at 10:00 AM, number 27 on the hearing calendar.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeffrey Lynn Goss<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>23-00256-MJC |
| JPMorgan Chase Bank, National Association<br>    Movant.<br>v. | CHAPTER 13 |
| Jeffrey Lynn Goss<br>    Debtor/Respondent, | |
| Jack N. Zaharopoulos, Trustee<br>    Additional Respondent. | |

## **CERTIFICATE OF SERVICE**

I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of the Praecipe to Withdraw Objection to Confirmation by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 28th day of June, 2023:

Jeffrey Lynn Goss, PO Box 17, State College, PA 16804

Dorothy L. Mott, Esquire, 125 State Street, Harrisburg, PA 17101
DorieMott@aol.com - VIA ECF

Jack N. Zaharopoulos, Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036
dehartstaff@pamd13trustee.com - VIA ECF

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com