IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeffrey Lynn Goss<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>4:23-bk-00256-MJC |
| JPMorgan Chase Bank, National Association<br>    Movant.<br>v. | CHAPTER 13 |
| Jeffrey Lynn Goss<br>    Debtor/Respondent, | |
| Jack N. Zaharopoulos, Trustee<br>    Additional Respondent. | |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance[2].

Reason for the continuance: To allow more time to complete and circulate a Stipulation Order

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Respectfully submitted,

Dated: 1/10/2024

BY: _____
Christopher A. DeNardo 78447
Leslie J. Rase 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.