IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeffrey Lynn Goss<br>　　Debtor,<br>JPMorgan Chase Bank, National Association<br>　　Movant.<br>v.<br>Jeffrey Lynn Goss<br>　　Debtor/Respondent,<br>Jack N. Zaharopoulos, Trustee<br>　　Additional Respondent. | BANKRUPTCY CASE NUMBER<br>4:23-bk-00256-MJC<br><br>CHAPTER 13 |

## **REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST\***

CHECK ONE:

☐　The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒　The undersigned counsel certifies as follows:

(1)　A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

　　☐　Thirty (30) days.

　　☒　Forty-five (45) days.

　　☐　Sixty (60) days.

(2)　If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3)　Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: <u>April 10, 2024</u>

Respectfully submitted,
BY: */s/ Christopher A. DeNardo*
Christopher A. DeNardo 78447
Heather Riloff - 309906
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com

\*No alterations or interlineations of this document are permitted.

**Revised** 12/19/2005