# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeffrey Lynn Goss | |
|                Debtor(s) | CHAPTER 13 |
| | |
| THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12, its successors and/or assigns | |
|                Movant | NO. 23-00256 MJC |
|       vs. | |
| | |
| Jeffrey Lynn Goss | |
|                Debtor(s) | |
| | |
| Jack N. Zaharopoulos | |
|                Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12, which was filed with the Court on or about March 4, 2026.

Dated: <u>April 10, 2026</u>

               Respectfully submitted,

               <u>/s/Matthew Fissel</u>
               Matthew Fissel, Esq.
               KML Law Group, P.C.
               BNY Mellon Independence Center
               701 Market Street, Suite 5000
               Philadelphia, PA  19106
               Phone: (215)-627-1322
               mfissel@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:Jeffrey Lynn Goss | BK NO. 23-00256 MJC |
| **Debtor(s)** | Chapter 13 |
| THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-12 | |
| **Movant** | |
| vs. | |
| Jeffrey Lynn Goss | |
| **Debtor(s)** | |
| Jack N. Zaharopoulos | |
| **Trustee** | |

## CERTIFICATE OF SERVICE

I, Matthew Fissel, certify that on 4/10/2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 4/10/2026

**/s/ Matthew Fissel**
Matthew Fissel, Esquire
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Jeffrey Lynn Goss<br>PO Box 17<br>State College, PA 16804 | Debtor | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Dorothy L Mott<br>Mott & Gendron Law<br>125 State Street<br>Harrisburg, PA 17101 | Attorney for Debtor | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Jack N. Zaharopoulos<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |